# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M   Race: WHITE | Facility: | FOR |
| Note Date: | 07/29/2015 13:03 | Provider: | Wingo, Michelle PA-C | Unit: | H15 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Wingo, Michelle PA-C

med refill

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | glipiZIDE Tablet | 07/29/2015 13:03 | 10 mg Orally  -  Two Times a Day x 90 day(s) -- **replaces Glyburide** |

   **Indication:** Diabetes mellitus, type II (adult-onset)

      **One Time Dose Given:** No

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 286393-FOX | Ranitidine HCl 300 MG TAB | 07/29/2015 13:03 | Take one tablet by mouth each evening x 90 day(s) |

   **Indication:** Esophageal reflux

      **One Time Dose Given:** No

| 285991-FOX | Clopidogrel Bisulfate 75 MG Tab | 07/29/2015 13:03 | Take one tablet by mouth each day x 90 day(s) |
|---|---|---|---|

   **Indication:** Other and unspecified hyperlipidemia, Old myocardial infarction

      **One Time Dose Given:** No

| 285825-FOX | Metoprolol Tartrate  25 MG Tab | 07/29/2015 13:03 | Take one-half (1/2) tablet (12.5mg) by mouth twice daily x 90 day(s) |
|---|---|---|---|

   **Indication:** Hypertension, Benign Essential

      **One Time Dose Given:** No

**EXHIBIT**

tabbies

**1**

| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
|---|---|---|---|---|---|
| Date of Birth: | 07/15/1958 | Sex: | M    Race: WHITE | Facility: | FOR |
| Note Date: | 07/29/2015 13:03 | Provider: | Wingo, Michelle PA-C | Unit: | H15 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 285824-FOX | metFORMIN 1000 MG Tab | 07/29/2015 13:03 | Take one tablet by mouth two times a day (SCr= 0.88 on 02/19/15), A1C 7.4 x 90 day(s) |

        **Indication:** Diabetes mellitus, type II (adult-onset)

        **One Time Dose Given:** No

| 285822-FOX | Atorvastatin 20 MG TAB | 07/29/2015 13:03 | Take one tablet by mouth each evening x 90 day(s) |
|---|---|---|---|

        **Indication:** Other and unspecified hyperlipidemia

        **One Time Dose Given:** No

**Discontinued Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| *Chronic Care Clinics-Diabetic-CBC w/diff* | *One Time* | *12/16/2015 00:00* | *Routine* |
| *Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile* | | | |
| *Chronic Care Clinics-Diabetic-Lipid Profile* | | | |
| *Chronic Care Clinics-Diabetic-Hemoglobin A1C* | | | |
| *Chronic Care Clinics-Diabetic-Hepatic Profile* | | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | Recurring | 08/28/2015 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Urinalysis (not POC dipstick) | | | |

        **Labs requested to be reviewed by :** Woodard, Sheila S MD

| Lab Tests - Short List-General-CBC w/diff | Recurring | 02/28/2016 00:00 | Routine |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Microalbumin, urine random | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-Urinalysis (not POC dipstick) | | | |

        **Labs requested to be reviewed by :** Woodard, Sheila S MD

| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 08/28/2015 00:00 | Routine |
|---|---|---|---|

        **Labs requested to be reviewed by :** Woodard, Sheila S MD

| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
|---|---|---|---|---|---|
| Date of Birth: | 07/15/1958 | Sex: | M    Race: WHITE | Facility: | FOR |
| Note Date: | 07/29/2015 13:03 | Provider: | Wingo, Michelle PA-C | Unit: | H15 |

| | | | |
|---|---|---|---|
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 11/28/2015 00:00 | Routine |
| **Labs requested to be reviewed by :** Woodard, Sheila S MD | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 02/28/2016 00:00 | Routine |
| **Labs requested to be reviewed by :** Woodard, Sheila S MD | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 05/28/2016 00:00 | Routine |
| **Labs requested to be reviewed by :** Woodard, Sheila S MD | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up | 11/27/2015 00:00 | MLP 01 |
| Chronic Care Visit | 05/27/2016 00:00 | Physician 01 |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Wingo, Michelle PA-C on 07/29/2015 13:12
Requested to be cosigned by  Woodard, Sheila S MD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
|---|---|---|---|---|---|
| Date of Birth: | 07/15/1958 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/29/2015 13:03 | Provider: | Wingo, Michelle PA-C | Facility: | FOR |

**Cosigned by Woodard, Sheila S MD on 07/30/2015 07:40.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M    Race: WHITE | Facility: | FOR |
| Encounter Date: | 08/31/2015 10:56 | Provider: | Bowman, Teresa | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** was no show for lab callout

**Cosign Required:** No

Completed by Bowman, Teresa Phlebotomist CPT-NHA on 08/31/2015 10:57.



EXHIBIT

2

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M      Race: WHITE | Facility: | FOR |
| Encounter Date: | 09/17/2015 13:41 | Provider: | Bowman, Teresa | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.
**Reason Not Done:**   No Show

**Comments:** was no show for lab callout

**Cosign Required:** No

Completed by Bowman, Teresa Phlebotomist CPT-NHA on 09/17/2015 13:42.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M    Race: WHITE | Facility: | FOR |
| Encounter Date: | 09/22/2015 10:24 | Provider: | Bowman, Teresa | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** was no show for lab callout

**Cosign Required:** No

Completed by Bowman, Teresa Phlebotomist CPT-NHA on 09/22/2015 10:25.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M | Race: WHITE | Facility: | FOR |
| Encounter Date: | 09/23/2015 10:49 | Provider: | Bowman, Teresa | | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** was no show for lab callout

**Cosign Required:** No

Completed by Bowman, Teresa Phlebotomist CPT-NHA on 09/23/2015 10:50.

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

9-28-2015
Date

I, __GUY WHEELOCK__               __17000-041__   , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

## DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:

cbc w/diff, urinalysis, psa total, tsh, micro urine, lipid, a1c

The following treatment(s) was/were recommended:

lab orders of
8-28-2015 - 2 orders
11-28-2015-1 order
2-28-2015-2 orders
5-28-2015- 1 orders
is refusing any and  all lab orders

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:

delay in diagnosis, treatment, and possible death

I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment.  I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

BOWMAN, TERESA              9-28-2015
Counseled by                      Date

_____              _____
Signature of Witness             Date

FOR--FORREST CITY FCI

Patient's Signature              Date

**EXHIBIT 3**

BP-A0807
SEP 11

**INFLUENZA VACCINE CONSENT - INMATES**

CDFRM

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/).

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine dated _____ . I have had the opportunity to ask questions about the benefits and risks of vaccination.

☐ I consent to receive the influenza vaccine at this time

**Health Questions Prior to Influenza Vaccination (Check Yes or No)**

| Yes | No | Health Questions |
|---|---|---|
| | | Are you sick today? (if moderately to severly ill should postpone vaccination) |
| | | Do you have allergy to eggs? |
| | | Have you ever had serious reaction to influenza vaccine? If so, describe: |
| | | Have you had Guillain-Barré syndrome (progressive paralysis)? |

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | |

☑ I decline to receive the influenza vaccine at this time   *FOX ALL TIME*

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| *[signature]* | *S.P.[signature]* | *10/08/11* |

S. Phillips, RN, IDC/IOP
FCC Forrest City, AR

| Name | | |
|---|---|---|
| GUY WHEELOCK | | |
| Reg. # 17000-041 | SSN | |
| Institution FOX--FORREST CITY FCC | | |

Prescribed By P6190

**EXHIBIT 4**

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

4-1-2016
Date

I, GUY WHEELOCK                    17000-041    , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Diabetes and high cholesterol

**The following treatment(s) was/were recommended:**

Routine Middle Level Provider Follow-up   *FOR ALL TIME*

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

Continuation and or worsening of medical conditions leading to possible death.

I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

KRUGER, MICHAEL R. AHSA  4-1-2016
Counseled by                         Date

*[signature]*  4/1/2016
Patient's Signature         / Date

*[signature]*  4/1/16
Signature of Witness         Date

FOR--FORREST CITY FCI

EXHIBIT
5

BP-S358.060
SEP 05

# MEDICAL TREATMENT REFUSAL

CDFRM

U.S. DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS

8-8-2016
Date

I, **GUY WHEELOCK**      **17000-041** , refuse treatment recommended by the Federal Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

cbcw/diff, cmp, a1c, micro urine, lipid

**The following treatment(s) was/were recommended:**

cbcw/diff, cmp, a1c, micro urine, lipid

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:**

delay in diagnosis, treatment, possible death

**I understand the possible consequences and/or complications, listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.**

BOWMAN, D. CMA      8-8-2016
Counseled by            Date

Patient's Signature      /Date

Signature of Witness      Date

FOR--FORREST CITY FCI

**EXHIBIT**

**6**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M | Race: WHITE | Facility: | FOR |
| Encounter Date: | 08/26/2016 13:34 | Provider: | Waits, Annette LPN | | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** Inmate was a  No Show for M D CCC callout today at 1200.

**Cosign Required:** No

Completed by Waits, Annette LPN on 08/26/2016 13:35.

EXHIBIT
7

BP-A0807
SEP 11

### INFLUENZA VACCINE CONSENT - INMATES

CDFRM

## U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine dated _____ . I have had the opportunity to ask questions about the benefits and risks of vaccination.

☐ I consent to receive the influenza vaccine at this time

**Health Questions Prior to Influenza Vaccination (Check Yes or No)**

| Yes | No | Health Questions |
|-----|-----|------------------|
| | | Are you sick today? (if moderately to severly ill should postpone vaccination) |
| | | Do you have allergy to eggs? |
| | | Have you ever had serious reaction to influenza vaccine? If so, describe: |
| | | Have you had Guillain-Barré syndrome (progressive paralysis)? |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | | |

☒ I decline to receive the influenza vaccine at this time

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| *(signature)* | *(signature)* | 11/23/16 |

S. Phillips, RN, IDC/IOP
FCC Forrest City, AR

*11/22/16 NS*

| Name | |
|------|--|
| GUY WHEELOCK | |
| Reg. # 17000-041 | SSN |
| Institution FOX--FORREST CITY FCC | |

Prescribed By P6190

EXHIBIT 8
tabbies

BP-S358.060
SEP 05

**MEDICAL TREATMENT REFUSAL**

CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

<u>11-29-2016</u>
Date

I, <u>GUY WHEELOCK</u>           <u>17000-041</u>   , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

Patient is a Type 2 DM who is not
interested in taking any of his medications.

**The following treatment(s) was/were recommended:**

Metformin
Glyburide.

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

I explained the Risk Factors associated with
Non-Complaince with his Diabetic medications
and he fully understand.

**I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.**

<u>WOODARD, SHEILA S MD</u>      <u>11-29-2016</u>
Counseled by                  Date

X _Guy Wheelock_   _11/29/16_
(Patient's Signature       Date

_[signature]_   _11/29/16_   FOR--FORREST CITY FCI
Signature of Witness       Date

**EXHIBIT**

**9**
tabbies

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WHEELOCK, GUY EDWARD | | Reg #: 17000-041 | |
| Date of Birth: 07/15/1958 | Sex: M   Race: WHITE | Facility: FOR | |
| Encounter Date: 03/29/2017 10:15 | Provider: Woodard, Sheila S MD | Unit: H15 | |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Woodard, Sheila S MD

        **Chief Complaint:** GENERAL

        **Subjective:**    Chronic Care visit for this patient who
IS NOT INTERESTED IN ANY MEDICAL CARE
WHATSOEVER!!!!. States " he wants to wait until his medical
conditions Decline to a Care Level 4 so that he may be transferred
to Rochester, Mn. so that he can be close to his family".
Patient has signed to Medical Refusal Forms ON 11/29/2016
and February 8, 2017.

        **Pain:**    No

**Seen for clinic(s):** Diabetes, Endocrine/Lipid

**Removed from clinic(s):** Diabetes, Endocrine/Lipid

**OBJECTIVE:**

**ASSESSMENT:**

    Diabetes mellitus, type II (adult-onset), 250.00 - Current

    Esophageal reflux, 530.81 - Current

    Hypertension, Benign Essential, 401.1 - Current

    Other and unspecified hyperlipidemia, 272.4 - Current

    Polyneuropathy in diabetes, 357.2 - Current

**PLAN:**

**Disposition:**

    Return Immediately if Condition Worsens

**Other:**

    Patient refuses to have any of his vital signs taken; labs drawn
or any examination performed.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/29/2017 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |



EXHIBIT
10

tabbies

| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M   Race:   WHITE | Facility: | FOR |
| Encounter Date: | 03/29/2017 10:15 | Provider: | Woodard, Sheila S MD | Unit: | H15 |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No


Completed by Woodard, Sheila S MD on 03/29/2017 12:10

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: M    Race: WHITE | Facility: | FOR |
| Encounter Date: | 06/21/2017 11:04 | Provider: Bowman, D. CMA | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**   No Show

**Comments:** has no showed lab callout several times for month of June 2017

**Cosign Required:** No

Completed by Bowman, D. CMA on 06/21/2017 11:53.



EXHIBIT
11

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M | Race: WHITE | Facility: | FOR |
| Encounter Date: | 06/22/2017 12:35 | Provider: | Bowman, D. CMA | | Unit: | H15 |

Admin Note - General Administrative Note encounter at Health Services.
**Reason Not Done:** Refused

**Comments:** after several no shows for lab call out I contacted unit mger for I/M to be sent over he refused lab and refused to sign lab refusal form witnessed by Phillips, S., IOP/RN
**Cosign Required:** No

Completed by Bowman, D. CMA on 06/22/2017 12:37.

BP-S358.060          **MEDICAL TREATMENT REFUSAL**          CDFRM
SEP 05

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

_6-22-2017_
Date

I, _GUY WHEELOCK_                    _17000-041___ , refuse treatment recommended by the Federal
Bureau of Prisons Medical staff for the following condition(s):

**DESCRIBE CONDITION IN LAYMAN'S TERMINOLOGY:**

fecal occult stool test

**The following treatment(s) was/were recommended:**

fecal occult stool test

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

delay in diagnosis, treatment, possible death

**I understand the possible consequences and/or complications, listed above, and still refuse
recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and
release the Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.**

_BOWMAN, D. CMA_          _6-22-2017_              _Refused to sign_
Counseled by                Date        Patient's Signature
                                                        _6-22-17_
                                                        Date

_S. Phillips 6-22-17_
Signature of Witness    RN    Date          FOR--FORREST CITY FCI

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELOCK, GUY EDWARD | | | Reg #: | 17000-041 |
| Date of Birth: | 07/15/1958 | Sex: | M   Race: WHITE | Facility: | FOR |
| Note Date: | 02/12/2018 08:50 | Provider: | Cook, Kathy RN/IDC/IOP | Unit: | H15 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Cook, Kathy RN/IDC/IOP

    Category 3 for offering the influenza vaccine.  This patient was placed on callout for an influenza vaccine
    today.  Patient reported to the IOP office and was very upset because he was on callout.  Patient stated he
    was being harassed due to being on callout and stated the he had already requested not to ever be called
    over or placed on callout for medical.  Patient states this will be added to his law suit.  I attempted to explain to
    him the process of the annual influenza vaccine clinics and offering to the chronic care clinics and persons
    over 50 years of age.  Patient became upset and said he was being discriminated against due to his age.
    Patient said he was not signing a refusal form and was not taking a vaccine.  Patient left my office upset.  This
    encounter was witnessed by another nurse.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Cook, Kathy RN/IDC/IOP on 02/12/2018 08:57

EXHIBIT

12