# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GUY EDWARD WHEELOCK, Reg. #17000-041**                     **PLAINTIFF**

v.                 **Case No. 2:18-cv-00087-KGB-BD**

**SHERYL PHILLIPS, RN/IDC/IOP, Forrest City Low,** *et al.*         **DEFENDANTS**

## ORDER

Before the Court is the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 21). In her Partial Recommended Disposition, Judge Deere recommends that plaintiff Guy Edward Wheelock's claims against defendants John Doe 1 and John Doe 2 ("the Doe Defendants") be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Partial Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 21). The Court dismisses without prejudice Mr. Wheelock's claims against the Doe Defendants. The Doe Defendants are dismissed from this action.

It is so ordered this 22nd day of January, 2020.

                                          Kristine G. Baker
                                          United States District Judge