# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GUY EDWARD WHEELOCK**                                                                 **PLAINTIFF**

**v.**                          **Case No. 2:18-cv-00087-KGB**

**SHERYL PHILLIPS,** *et al.*                                                            **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere on March 20, 2020 (Dkt. No. 48). No objections have been filed to the Recommended Disposition, and the deadline for filing objections has since passed. Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court grants defendants' motions for summary judgment (Dkt. Nos. 30, 33) and dismisses plaintiff Guy Edward Wheelock's claims with prejudice.

It is so ordered this 28th day of September, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge