THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GUY EDWARD WHEELOCK**                                                              **PLAINTIFF**

v.                                    Case No. 2:18-cv-00087-KGB

**SHERYL PHILLIPS**, *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Guy Edward Wheelock's complaint is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 28th day of September, 2020.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge